IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DARREL WAYNE HILL,         Petitioner | * * * *   No. 5:02-CV-00310 * * |
| LARRY NORRIS, DIRECTOR,     ARKANSAS DEPARTMENT OF     CORRECTION,         Respondent | * * * * * |

**ORDER**

The Court has been made aware that the letter Attorney Lambert filed in response to the Federal Public Defender's [hereinafter the "FPD"] Motion to Vacate Appointment[1] was not served upon the FPD. The clerk is directed to file Attorney Lambert's letter dated June 27, 2005 under Seal as a Response to Petitioner's Motion to Vacate Appointment.

It is not necessary for counsel to respond to this Order. As stated in the Court's previous Order,[2] the issue of appointment of counsel in this matter is moot and is now before the Eighth Circuit Court of Appeals.

Finally, counsel are reminded to adhere to and abide by Local Rule 7.3.[3]

IT IS SO ORDERED THIS 12th DAY OF OCTOBER, 2005

/s/ Richard E. Dorr
Richard E. Dorr
United States District Judge

---

[1] Doc. No. 28.

[2] Doc. No. 32.

[3] LOCAL RULE 7.3 COMMUNICATIONS WITH COURT:
(a) Attorneys shall not communicate in writing with the Court concerning any pending case unless copies of the writing are served on all attorneys for all other parties in the case. Attorneys shall not furnish the Court copies of correspondence among themselves relating to matters in dispute which are not then before the Court for resolution. Such dispute should either be settled by counsel or made the subject of a formal motion. This rule has special application to correspondence relating to specific money demands and offers in settlement. *See* Uniform U.S.Dist.Ct.Rules Ark., LR 7.3